ACCEPTED
04-15-00153-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/18/2015 9:33:36 AM
KEITH HOTTLE
CLERK

# RONALD S. GUTIERREZ
## LAWYER

LAS COLINAS STATION
P. O. BOX 143243
IRVING, TEXAS 75014

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/18/2015 9:33:36 AM
KEITH E. HOTTLE
Clerk

TEL. (512) 222-3488          EMAIL: rsg.lawyer@gmail.com

May 18, 2015

VIA EFile

Ms. Consuelo Gomez, Lead Civil Operations Clerk
BEXAR COUNTY DISTRICT CLERK
101 W. Nueva, Suite 217
San Antonio, Texas 78205-3411

> Re:    No. 2014-CI-15319, Heather C. Tessmer vs. Tina M. Allen Souza,
> 225th Judicial District Court, Bexar County, Texas

Dear Ms. Gomez:

I request that you prepare a supplemental clerk's record for filing in the appeal of the above-referenced cause. This request is made pursuant to Rule 34.5(c)(1) of the Texas Rules of Appellate Procedure. The supplemental record should contain the following:

(1) Motion to Set, filed on February 13, 2015;
(2) Motion to Set, filed on February 25, 2015; and
(3) This letter.

Upon completion, please contact me, and I will promptly pay the costs for preparation of the supplemental record so that you can file it in the Fourth Court of Appeals in No. 04-15-00153-CV. Thank you for your prompt attention.

Very truly yours,

/s/ *Ronald S. Gutierrez*
Ronald S. Gutierrez
Attorney for Tina M. Allen Souza

cc:    Fourth Court of Appeals, No. 04-15-00153-CV via EFile
Heather Clement Tessmer via eServe, via facsimile at (210) 368-9729, and
    via email at info@tessmerlawfirm.com
file